IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Wikimedia Foundation, et al.,        * <br> **Plaintiff(s)** <br>                                      * <br>   **v.**                                 * <br> National Security Agency / Central Security Service, et al.,   <br> **Defendant(s)**        * | **Case No.:** 1:15-cv-00662-RDB |

****** 

## MOTION FOR ADMISSION *PRO HAC VICE*

I,  David Rocah , am a member in good standing of the bar of this Court.

My bar number is  Bar No. 27315.     I am moving the admission of   Jameel Jaffer

to appear *pro hac vice* in this case as counsel for              Plaintiffs              .

We certify that:

1.     The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2.     The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| **State Court & Date of Admission** | **U.S. Court & Date of Admission** |
|---|---|
| State of New York (First Appellate Division) (July 10, 2000) | U.S. District Court for the Eastern District of Michigan (December 3, 2003) |
| | U.S. District Court for the Southern District of New York (April 20, 2004) |
| | U.S. Supreme Court (April 26, 2004) |
| | U.S. District Court for the Eastern District of New York (May 5, 2004) |
| | U.S. Court of Appeals for the Ninth Circuit (October 15, 2004) |
| | U.S. Court of Appeals for the Second Circuit (May 25, 2005) |
| | U.S. Court of Appeals for the Sixth Circuit (August 28, 2006) |

|   |   |
|---|---|
|   | U.S. Court of Appeals for the Fourth Circuit (January 27, 2010) |
|   | U.S. Court of Appeals for the District of Columbia Circuit (March 15, 2012) |
|   | United States District Court for the District of Columbia (October 8, 2013) |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court   0   times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or   [n/a]   , is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ David Rocah | /s/ Jameel Jaffer |
| Signature | Signature |
| David Rocah | Jameel Jaffer |
| Printed Name | Printed Name |
| American Civil Liberties Union Foundation of Maryland | American Civil Liberties Union Foundation |
| Firm | Firm |
| 3600 Clipper Mill Rd., #350 | 125 Broad Street, 18th Floor |
| Address | Address |
| Baltimore, MD  21211 | New York, NY 10004 |
| City, State, Zip  Code | City, State, Zip Code |

| | |
|---|---|
| (410) 889-8555 | (212) 519-7814 |
| Telephone Number | Telephone Number |
| (410) 366-7838 | (212) 549-2654 |
| Fax Number | Fax Number |
| rocah@aclu-md.org | jjaffer@aclu.org |
| Email Address | Email Address |