3.  During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court ___0___ times.

4.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5.  The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.  Either the undersigned movant or __[n/a]_____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.  **The $50.00 fee for admission *pro hac vice* accompanies this motion.**

9.  We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _____ | _____/s/ A. Abdo_____ |
| Signature | Signature |
| David Rocah | Alex Abdo |
| Printed Name | Printed Name |
| American Civil Liberties Union Foundation of Maryland | American Civil Liberties Union Foundation |
| Firm | Firm |
| 3600 Clipper Mill Rd., #350 | 125 Broad Street, 18th Floor |
| Address | Address |
| Baltimore, MD 21211 | New York, NY 10004 |
| City, State, Zip Code | City, State, Zip Code |
| (410) 889-8555 | (212) 549-2517 |
| Telephone Number | Telephone Number |
| (410) 366-7838 | (212) 549-2654 |
| Fax Number | Fax Number |
| rocah@aclu-md.org | aabdo@aclu.org |
| Email Address | Email Address |