IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Wikimedia Foundation, et al.,     *

       vs.     *     **Case No.** 1:15-cv-00662-RDB

National Security Agency, et al.     *

******

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[X]  I certify, as party/counsel in this case that Amnesty International USA
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

[ ]  The following corporate affiliations exist with _____ :
(name of party)
_____.
(names of affiliates)

[ ]  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
(names of entities with possible financial interests)

March 10, 2015            *[signature]*
*Date*            *Signature*

David R. Rocah      Bar No. 27315
*Printed Name*      *Bar Number*

ACLU Foundation of Maryland
*Address*

3600 Clipper Mill Rd., #350, Baltimore, MD 21211
*City/State/Zip*

(410) 889-8555      (410) 366-7838
*Phone No.*      *Fax No.*

U.S. District Court (6/13/2003) Disclosure of Corporate Interest