# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Wikimedia Foundation, et al.,      *

               **vs.**      *      **Case No.** 1:15-cv-00662-RDB

National Security Agency, et al.      *

                     ******

## **DISCLOSURE OF CORPORATE INTEREST**

*Check all that apply:*

☐    I certify, as party/counsel in this case that _____
                                                                  (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

☒    The following corporate affiliations exist with National Association of Criminal Defense Lawyers:
                                                                          (name of party)
Foundation for Criminal Justice.
                (names of affiliates)

☐    The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
(names of entities with possible financial interests)

March 10, 2015                                             /s/
*Date*                                                         *Signature*

                                                     David R. Rocah           Bar No. 27315
                                                     *Printed Name*            *Bar Number*

                                                   ACLU Foundation of Maryland
                                                  *Address*

                                                  3600 Clipper Mill Rd., #350, Baltimore, MD 21211
                                                  *City/State/Zip*

                                                 (410) 889-8555          (410) 366-7838
                                                   *Phone No.*                    *Fax No.*