IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Wikimedia Foundation, et al.,     *

              vs.     *     **Case No.** 1:15-cv-00662-RDB

National Security Agency, et al.     *

******

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[X]    I certify, as party/counsel in this case that Wikimedia Foundation
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

[ ]    The following corporate affiliations exist with _____ :
(name of party)
_____
(names of affiliates)

[ ]    The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
(names of entities with possible financial interests)

March 10, 2015            *[signature]*
*Date*           *Signature*

David R. Rocah        Bar No. 27315
*Printed Name*         *Bar Number*

ACLU Foundation of Maryland
*Address*

3600 Clipper Mill Rd., #350, Baltimore, MD 21211
*City/State/Zip*

(410) 889-8555        (410) 366-7838
*Phone No.*           *Fax No.*