AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

WIKIMEDIA FOUNDATION, et al.,

*Plaintiff(s)*

v.

NATIONAL SECURITY AGENCY / CENTRAL SECURITY SERVICE, et al.,

*Defendant(s)*

Civil Action No. RDB-15-662

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Deborah A. Jeon
David R. Rocah
American Civil Liberties Union Foundation of Maryland
3600 Clipper Mill Rd., #350
Baltimore, MD  21211

Patrick Toomey
Jameel Jaffer
Alex Abdo
Ashley Gorski
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

Charles S. Sims
David A. Munkittrick
John M. Browning
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/10/15

*Signature of*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* the Department of Justice

was received by me on *(date)* 3/10/2015 .

☐ I personally served the summons on the individual at *(place)*
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☑ Other *(specify)*: Sent by certified mail to the Department of Justice on 3/10/2015
Sent by certified mail to the Attorney General of the United States on 3/10/2015
Sent by certified mail to the United States Attorney for the District of Maryland on 3/10/2015

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/17/2015

*Server's signature*

Emily Weinrebe, Legal Assistant
*Printed name and title*

American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc: