IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____
                                    )
WIKIMEDIA FOUNDATION, *et al.*,     )
                                    )
            Plaintiffs,             )
                                    )
      v.                            )   Civil Action No.
                                    )   1:15-cv-00662-RDB
NATIONAL SECURITY AGENCY, *et al.*, )
                                    )
            Defendants.             )
_____)

## NOTICE OF APPEARANCE

The Clerk of the Court is hereby requested to enter the appearance of James J. Gilligan as counsel of record for all defendants in the above-captioned action. Mr. Gilligan's address and contact information are as follows:

>   JAMES J. GILLIGAN
>   Special Litigation Counsel
>   U.S. Department of Justice
>   Civil Division, Federal Programs Branch
>   20 Massachusetts Ave., N.W., Room 6102
>   Washington, D.C. 20001
>
>   Phone:    (202) 514-3358
>   Fax:      (202) 616-8470
>   E-mail:   james.gilligan@usdoj.gov

Dated: March 19, 2015

>   Respectfully submitted,
>
>   BENJAMIN C. MIZER
>   Acting Assistant Attorney General
>
>   JOSEPH H. HUNT
>   Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director


 */s/ James J. Gilligan*
JAMES J. GILLIGAN
Special Litigation Counsel

RODNEY PATTON
Trial Attorney

JULIA A. BERMAN
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6102
Washington, D.C.  20001
Phone: (202) 514-3358
Fax: (202) 616-8470
james.gilligan@usdoj.gov

Counsel for Defendants