**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

_____
                                              )
WIKIMEDIA FOUNDATION, *et al.*,  )
                                              )
            Plaintiffs,      )
                                              )
      v.                           )     Civil Action No.
                                              )     1:15-cv-00662-RDB
NATIONAL SECURITY AGENCY, *et al.*,  )
                                              )
            Defendants.    )
_____)

## **NOTICE OF APPEARANCE**

The Clerk of the Court is hereby requested to enter the appearance of Rodney Patton as counsel of record for all defendants in this action. Mr. Patton's address and contact information are as follows:

        RODNEY PATTON
        Trial Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., N.W., Room 7320
        Washington, D.C.  20001

        Phone:     (202) 305-7919
        Fax:       (202) 616-8470
        E-mail:    rodney.patton@usdoj.gov

Dated: March 23, 2015

        Respectfully submitted,

        BENJAMIN C. MIZER
        Acting Assistant Attorney General

        JOSEPH H. HUNT
        Director, Federal Programs Branch

        ANTHONY J. COPPOLINO
        Deputy Branch Director

        JAMES J. GILLIGAN
        Special Litigation Counsel


        */s/ Rodney Patton*
        RODNEY PATTON
        Trial Attorney

        JULIA A. BERMAN
        Trial Attorney

        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., N.W., Room 7320
        Washington, D.C.  20001
        Phone: (202) 305-7919
        Fax: (202) 616-8470
        rodney.patton@usdoj.gov

        Counsel for Defendants