IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| WIKIMEDIA FOUNDATION, *et al.*, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | Civil Action No. 1:15-cv-00662-RDB |
| NATIONAL SECURITY AGENCY, *et al.*, | | |
| Defendants. | | |

## NOTICE OF APPEARANCE

The Clerk of the Court is hereby requested to enter the appearance of Julia Berman as counsel of record for all defendants in this action. Mr. Berman's address and contact information are as follows:

        JULIA BERMAN
        Trial Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., N.W., Room 5102
        Washington, D.C. 20001

        Phone:     (202) 616-8480
        Fax:       (202) 616-8470
        E-mail:    julia.berman@usdoj.gov

Dated: March 24, 2015

                        Respectfully submitted,

                        BENJAMIN C. MIZER
                        Acting Assistant Attorney General

                        JOSEPH H. HUNT
                        Director, Federal Programs Branch

                        ANTHONY J. COPPOLINO
                        Deputy Branch Director

                        JAMES J. GILLIGAN
                        Special Litigation Counsel

                        */s/ Julia A. Berman*
                        RODNEY PATTON
                        Trial Attorney

                        JULIA A. BERMAN
                        Trial Attorney

                        U.S Department of Justice
                        Civil Division, Federal Programs Branch
                        20 Massachusetts Ave., N.W., Room 5102
                        Washington, D.C.  20001
                        Phone: (202) 616-8480
                        Fax: (202) 616-8470
                        julia.berman@usdoj.gov

                        Counsel for Defendants