# Exhibit 1

U.S. POSTAGE >> PITNEY BOWES
ZIP 10004 $ 008.03
0001392341 MAR 10 2015

FIRST CLASS



AMERICAN CIVIL
LIBERTIES UNION
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400

7014 0150 0000 4085 9527

U.S. Attorney for the District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, MD 21201

RETURN RECEIPT
REQUESTED