IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WIKIMEDIA FOUNDATION, *et al.*, | |
| *Plaintiffs*, | Hon. T. S. Ellis, III |
| v. | Civil Action No. 15-cv-00662-TSE |
| NATIONAL SECURITY AGENCY, *et al.*, | |
| *Defendants*. | |

## **[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Set a Status Conference and Plaintiffs' response thereto, it is hereby ORDERED that the following briefing schedule is adopted:

| | |
|---|---|
| May 29, 2015 | Plaintiffs' motion for summary judgment (45 pages), and any supporting declarations and exhibits |
| July 24, 2015 | Defendants' opposition to Plaintiffs' motion and cross-motion to dismiss, or in the alternative, for summary judgment (60 pages), and any supporting declarations and exhibits |
| August 28, 2015 | Plaintiffs' reply on motion for summary judgment and opposition to Defendants' motion (45 pages), and any supporting declarations and exhibits |
| September 14, 2015 | Defendants' reply (30 pages), and any supporting declarations and exhibits |

In the event that Defendants assert the state secrets privilege and/or their briefs incorporate classified material, the page limitations set forth above shall encompass Defendants' classified briefs, exclusive of any supporting declarations or exhibits.

It is FURTHER ORDERED that, on the date of Defendants' filing of any classified document, Defendants must publicly file a redacted, unclassified version of such document after segregating any unclassified information.

It is FURTHER ORDERED that the deadline for Defendants' responsive pleading to Plaintiffs' Complaint is continued to July 24, 2015.

SO ORDERED.

Dated: _____

                                            HONORABLE T.S. ELLIS, III
                                            United States District Judge