## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WIKIMEDIA FOUNDATION, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:15cv662 |
| | ) | |
| NATIONAL SECURITY | ) | |
| AGENCY/CENTRAL SECURITY | ) | |
| SERVICE, et al., | ) | |
| Defendants. | ) | |

## ORDER

In this constitutional challenge to the government's "upstream" collection of certain electronic communications as part of the government's national surveillance program, defendants have moved for a status conference. Plaintiffs do not oppose a status conference, but oppose defendants' view that threshold legal issues including standing should be decided before summary judgment. Plaintiffs instead seek to have any threshold legal issues decided simultaneously with summary judgment because plaintiffs contend the pertinent issues are intertwined.

Given the nature of this litigation, the need for a status conference is manifest. Accordingly, for good cause,

It is hereby **ORDERED** that defendants' motion to set a status conference (Doc. 54) is **GRANTED**.

It is further **ORDERED** that a status conference is **SCHEDULED** in this matter for 3:30 p.m. on Wednesday, May 13, 2015.

It is further **ORDERED** that the status conference will be held in Courtroom 4C of the Greenbelt Federal Courthouse located at 6500 Cherrywood Lane, Greenbelt, MD 20770.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, VA
April 30, 2015

_/s/_
T. S. Ellis, III
United States District Judge