

NATIONAL SECURITY PROJECT

May 6, 2015

**By ECF**
Honorable T. S. Ellis, III
United States District Court for the Eastern District of Virginia
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314

      Re:    *Wikimedia Foundation et al. v. National Security Agency et al.*
              Case No. 15-cv-00662-TSE (D. Md.)

Dear Judge Ellis:

      Pursuant to District of Maryland Local Rule 101.1(b)(i), Plaintiffs in the above-referenced case respectfully request that local counsel, Deborah Jeon and David Rocah, be excused from attending the status conference scheduled for May 13, 2015, due to a preexisting commitment. Patrick Toomey and Jameel Jaffer, counsel for Plaintiffs who have been admitted pro hac vice in this matter, intend to appear at the status conference on behalf of Plaintiffs.

      Local Rule 101.1(b)(i) requires that "Any party represented by an attorney who has been admitted pro hac vice must also be represented by an attorney who has been formally admitted to the Bar of this Court who shall sign all documents and, unless excused by the presiding judge, be present at any court proceedings." Ms. Jeon and Mr. Rocah are scheduled to attend an all-day organizational meeting on May 13, 2015. They respectfully request that the Court waive the local rule's requirement for the upcoming status conference in light of this scheduling conflict and the fact that lead counsel for Plaintiffs will be present at the conference.

      Defendants have informed Plaintiffs that they consent to this request.

Respectfully submitted,

_____/s/_____
Deborah A. Jeon (Bar No. 06905)
David R. Rocah (Bar No. 27315)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF MARYLAND

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500
WWW.ACLU.ORG

OFFICERS AND DIRECTORS
SUSAN N. HERMAN
*PRESIDENT*

ANTHONY D. ROMERO
*EXECUTIVE DIRECTOR*

RICHARD ZACKS
*TREASURER*

                3600 Clipper Mill Rd., #350
                Baltimore, MD 21211
                Phone: (410) 889-8555
                Fax: (410) 366-7838
                jeon@aclu-md.org

                _____*/s/*_____
                Patrick Toomey (pro hac vice)
                 (*signed by Patrick Toomey with*
                 *permission of Debbie A. Jeon*)
                Jameel Jaffer (pro hac vice)
                Alex Abdo (pro hac vice)
                Ashley Gorski (pro hac vice)
                AMERICAN CIVIL LIBERTIES UNION
                 FOUNDATION
                125 Broad Street, 18th Floor
                New York, NY 10004
                Phone: (212) 549-2500
                Fax: (212) 549-2654
                ptoomey@aclu.org

                Charles S. Sims (pro hac vice)
                David A. Munkittrick (pro hac vice)
                John M. Browning (pro hac vice)
                PROSKAUER ROSE LLP
                Eleven Times Square
                New York, NY 10036
                Phone: (212) 969-3000
                Fax: (212) 969-2900
                csims@proskauer.com

                *Counsel for Plaintiffs*


cc:    James Gilligan, Esq. (by ECF)
       Julia Berman, Esq. (by ECF)
       Rodney Patton, Esq. (by ECF)

       *Counsel for Defendants*