# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

| | |
|---|---|
| WIKIMEDIA FOUNDATION, et al., )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>NATIONAL SECURITY )<br>AGENCY/CENTRAL SECURITY )<br>SERVICE, et al., )<br>    Defendants. ) | Civil Action No. 1:15cv662 |

## ORDER

The matter came before the Court for a telephone status conference.[1]

For the reasons stated in the course of the telephone conference, and for good cause,

It is hereby **ORDERED** that the parties are **DIRECTED** to comply with the following briefing and argument schedule:

1. Defendants' forecasted Rule 12 motion must be filed by 5:00 p.m., Friday, May 29, 2015, and the brief in support of defendants' Rule 12 motion must be no longer than fifty (50) pages in length.

2. Plaintiffs' response to defendants' Rule 12 motion must be filed by 5:00 p.m., Wednesday, July 1, 2015, and must be no longer than fifty (50) pages in length.

3. Defendants' reply to plaintiffs' response must be filed by 5:00 p.m., Wednesday, July 15, 2015, and must be no longer than twenty-five (25) pages in length.

4. Oral argument on defendants' Rule 12 motion is **SCHEDULED** for 2:00 p.m., Friday, July 31, 2015.[2]

---

[1] Disclosed in the course of the telephone conference was the fact that former law clerks of the undersigned judge have been, or continue to be, employed by the Civil Division's Federal Programs Branch. It should also be noted that another former law clerk was employed by the American Civil Liberties Union in New York.

It is further **ORDERED** that defendants' Rule 12 response deadline is **EXTENDED** to May 29, 2015.

It is further **ORDERED** that a briefing and argument schedule on any Rule 56 motions, if necessary, will be set at a later date.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, VA
May 13, 2015

/s/
T. S. Ellis, III
United States District Judge

---

[2] The precise location of the oral argument will be decided at a later date. In this regard, the parties have been directed to advise the Court in an appropriate pleading filed by May 29, 2015, whether the parties consent to have this matter transferred to the Eastern District of Virginia pursuant to 28 U.S.C. § 1404(a) and/or to hold any future hearings in this matter at the federal courthouse in Alexandria, Virginia.