# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WIKIMEDIA FOUNDATION, *et al.*, | |
| *Plaintiffs*, | Hon. T. S. Ellis, III |
| v. | Civil Action No. 15-cv-00662-TSE |
| NATIONAL SECURITY AGENCY / CENTRAL SECURITY SERVICE, *et al.*, | |
| *Defendants*. | |

## JOINT MOTION TO CONDUCT HEARINGS IN ALEXANDRIA, VIRGINIA

As directed in the Court's scheduling order docketed May 14, 2015 (ECF No. 61), the parties write jointly to inform the Court that they consent to moving future hearings in the above-captioned matter to the Albert V. Bryan United States Courthouse in Alexandria, Virginia. The Court also asked the parties to consider, but emphasized that it would not require, that the case be transferred to the Eastern District of Virginia pursuant to 28 U.S.C. § 1404(a). After discussing the matter, one or more of the parties opted to maintain the action in the District of Maryland.

Dated: May 29, 2015                                  Respectfully submitted,

 */s/ James J. Gilligan*                              */s/ Patrick Toomey*

BENJAMIN C. MIZER                                    Patrick Toomey (pro hac vice)
Principal Deputy Assistant Attorney General            (*signed by Patrick Toomey with
                                                       permission of Debbie A. Jeon and James J.
JOSEPH H. HUNT                                         Gilligan*)
Director, Federal Programs Branch                    Jameel Jaffer (pro hac vice)
                                                     Alex Abdo (pro hac vice)
ANTHONY J. COPPOLINO                                 Ashley Gorski (pro hac vice)
Deputy Branch Director                               AMERICAN CIVIL LIBERTIES UNION
                                                       FOUNDATION

| | |
|---|---|
| JAMES J. GILLIGAN<br>Special Litigation Counsel<br><br>RODNEY PATTON<br>Trial Attorney<br><br>JULIA A. BERMAN<br>Trial Attorney<br><br>CAROLINE J. ANDERSON<br>Trial Attorney<br><br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W., Room 6102<br>Washington, D.C.  20001<br>Phone:   (202) 514-3358<br>Fax:       (202) 616-8470<br>E-mail:  james.gilligan@usdoj.gov<br><br>*Counsel for Defendants* | 125 Broad Street, 18th Floor<br>New York, NY 10004<br>Phone: (212) 549-2500<br>Fax: (212) 549-2654<br>ptoomey@aclu.org<br><br> */s/ Deborah A. Jeon*    <br>Deborah A. Jeon (Bar No. 06905)<br>David R. Rocah (Bar No. 27315)<br>AMERICAN CIVIL LIBERTIES UNION<br>  FOUNDATION OF MARYLAND<br>3600 Clipper Mill Rd., #350<br>Baltimore, MD 21211<br>Phone: (410) 889-8555<br>Fax: (410) 366-7838<br>jeon@aclu-md.org<br><br>Charles S. Sims (pro hac vice)<br>David A. Munkittrick (pro hac vice)<br>John M. Browning (pro hac vice)<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036<br>Phone: (212) 969-3000<br>Fax: (212) 969-2900<br>csims@proskauer.com<br><br>*Counsel for Plaintiffs* |