IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WIKIMEDIA FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL SECURITY AGENCY / CENTRAL SECURITY SERVICE, *et al.*, <br><br> *Defendants*. | Hon. T. S. Ellis, III <br><br> Civil Action No. <br> 15-cv-00662-TSE |

## ORDER

Upon consideration of the parties' Joint Motion to Conduct Hearings in Alexandria, Virginia, it is hereby ORDERED that, unless the Court specifies otherwise, future hearings in the above-captioned matter will be held at the Albert V. Bryan United States Courthouse in Alexandria, Virginia.

SO ORDERED.

Dated: 5/29/15

HONORABLE T.S. ELLIS, III
United States District Judge

/s/ T. S. Ellis, III
United States District Judge