# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

WIKIMEDIA FOUNDATION, *et al.*,

    *Plaintiffs*,

    v.

NATIONAL SECURITY AGENCY / CENTRAL SECURITY SERVICE, *et al.*,

    *Defendants*.

Hon. T. S. Ellis, III

Civil Action No. 15-cv-00662-TSE

## PLAINTIFFS' MOTION TO AMEND THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiffs hereby move to amend the Complaint as a matter of course. Plaintiffs filed their Complaint on March 10, 2015 (ECF No. 1), and Defendants filed a motion to dismiss the action under Federal Rule of Civil Procedure 12(b)(1) on May 29, 2015 (ECF No. 66). A party may amend its pleading once as a matter of course 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), whichever is earlier. *See* Fed. R. Civ. P. 15(a)(1)(B). Defendants have not yet served a responsive pleading in this action; therefore, the 21-day period provided in Rule 15(a)(1)(B) began on May 29 when Defendants filed their motion to dismiss. Accordingly, this filing is timely.

Plaintiffs sought Defendants' consent to this motion, and Defendants have acknowledged that Plaintiffs may amend the Complaint as a matter of course on or before June 19, 2015.

Dated: June 19, 2015                                Respectfully submitted,

                                                                     */s/ Patrick Toomey*

Patrick Toomey (pro hac vice)
 (*signed by Patrick Toomey with permission of Debbie A. Jeon*)
Jameel Jaffer (pro hac vice)
Alex Abdo (pro hac vice)
Ashley Gorski (pro hac vice)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
ptoomey@aclu.org

 */s/ Deborah A. Jeon*
Deborah A. Jeon (Bar No. 06905)
David R. Rocah (Bar No. 27315)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF MARYLAND
3600 Clipper Mill Rd., #350
Baltimore, MD 21211
Phone: (410) 889-8555
Fax: (410) 366-7838
jeon@aclu-md.org

Charles S. Sims (pro hac vice)
David A. Munkittrick (pro hac vice)
John M. Browning (pro hac vice)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Phone: (212) 969-3000
Fax: (212) 969-2900
csims@proskauer.com

*Counsel for Plaintiffs*