UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| WIKIMEDIA FOUNDATION, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>NATIONAL SECURITY AGENCY / CENTRAL<br>SECURITY SERVICE, *et al.*,<br><br>*Defendants.* | Hon. T. S. Ellis, III<br><br>Civil Action No.<br>15-cv-00662-TSE |

## ORDER

Upon consideration of Plaintiffs' Motion to Amend the Complaint as a matter of course,
it is hereby ORDERED that the Motion is GRANTED and Plaintiffs' Amended Complaint shall
be entered.

It is FURTHER ORDERED that Defendants' Motion to Dismiss (ECF No. 66) is
DENIED as moot.

SO ORDERED.

Dated:  _6/22/15_

_____
HONORABLE T.S. ELLIS, III
United States District Judge

_____
/s/
T. S. Ellis, III
United States District Judge