IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WIKIMEDIA FOUNDATION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:15-cv-00662-TSE |
| NATIONAL SECURITY AGENCY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court having considered the Defendants' Unopposed Motion for Extension of Time,

IT IS HEREBY ORDERED THAT the Defendants' motion is GRANTED.

1. Defendants' renewed Rule 12(b)(1) motion to dismiss must be filed by Thursday, August 6, 2015. (50 pages)

2. Plaintiffs' opposition to Defendants' Rule 12(b)(1) motion to dismiss must be filed by Thursday, September 3, 2015. (50 pages)

3. Defendants' reply to Plaintiffs' opposition must be filed by Thursday, September 17, 2015. (25 pages)

4. The hearing on Defendants' motion is continued to _Friday, Sept. 25, 2015 at 10 am_

So ORDERED this _29th_ day of _June_, 2015.

HONORABLE T.S. ELLIS, III
UNITED STATES DISTRICT JUDGE

/s/
T. S. Ellis, III
United States District Judge