**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| WIKIMEDIA FOUNDATION, *et al.* | * | |
| Plaintiffs, | * | Civil Action No. 1:15-cv-662-TSE |
| v. | * | |
| NATIONAL SECURITY AGENCY/ CENTRAL SECURITY SERVICE, *et al*. | * | |
| | * | |
| Defendant. | | |

\*\*\*\*\*\*\*\*

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for *Amici Curiae* - professors who write in First Amendment law.

I certify that I am admitted to practice in this court.

| September 3, 2015 | /s/ |
|---|---|
| *Date* | *Signature of Counsel* |
| | |
| | Joshua R. Treem          00037 |
| | *Print Name*          *Bar Number* |
| | |
| | Brown Goldstein & Levy, LLP |
| | *Firm Name* |
| | |
| | 120 E. Baltimore St., Ste. 1700 |
| | *Address* |
| | |
| | Baltimore, MD 21202 |
| | *City/State/Zip* |
| | |
| | 410-962-1030 |
| | *Phone No.* |
| | |
| | 410-385-0869 |
| | *Fax No.* |
| | |
| | JTreem@browngold.com |
| | *Email Address* |