IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Wikimedia Foundation, et al.,     *

              Plaintiff(s)

    v.     *     Case No.: 1:15-cv-00662-TSE

National Security Agency, et al.,

              Defendant(s)     *

\*\*\*\*\*\*

### ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for **Amici Curiae**.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| **9/3/2015** | s/ Jan I. Berlage |
| Date | Signature of Counsel |
| | **Jan I. Berlage**     **23937** |
| | Print Name     Bar Number |
| | **Gohn Hankey Stichel & Berlage LLP** |
| | Firm Name |
| | **201 N Charles St., Ste. 2101** |
| | Address |
| | **Baltimore, MD  21201-4182** |
| | City, State Zip Code |
| | **(410) 752-1261** |
| | Phone No. |
| | **(410) 752-2519** |
| | Fax No. |
| | **jberlage@ghsllp.com** |
| | Email Address |

**Entry of Appearance of Jan I. Berlage**
**Page 2**

List of *Amici Curiae* Represented:

The American Booksellers Association
American Library Association
Association of Research Libraries
Freedom to Read Foundation
International Federation of Library Associations and Institutions