IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Wikimedia Foundation, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>National Security Agency, *et al.*,<br>    *Defendants*. | ) <br> ) <br> )  CIVIL ACTION <br> ) <br> )  No. 1:15-cv-00662-TSE <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 3, 2015 a copy of the following:

1. Motion of American Booksellers Association, American Library Association, Association of Research Libraries, Freedom to Read Foundation, and International Federation of Library Association and Institutions for Leave to File *Amici Curiae* Brief in Support of Plaintiffs Wikimedia, *et al.*;

2. Brief of *Amici Curiae* American Booksellers Association, American Library Association, Association of Research Libraries, Freedom to Read Foundation, and International Federation of Library Association and Institutions in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss;

3. Entry of Appearance of Jan I. Berlage and Gohn Hankey Stichel & Berlage LLP as counsel for *Amici Curiae*; and

4. Motion for Admission *Pro Hac Vice* of Andrew Crocker as counsel for *Amici Curiae*.

were served via electronically via CM/ECF or via first class mail, postage pre-paid to the following:

| | |
|---|---|
| Alex Abdo, Esquire<br>American Civil Liberties Union Foundation<br>125 Broad Street<br>18th Floor<br>New York, NY 10004 | Ashley Marie Gorski, Esquire<br>American Civil Liberties Union Foundation<br>125 Broad Street<br>18th Floor<br>New York, NY 10004 |

1

Charles Sims, Esquire
Proskauer Rose LLP
11 Times Square
New York, NY 10036

David Alexander Munkittrick, Esquire
Proskauer Rose LLP
11 Times Square
New York, NY 10036

David Robert Rocah, Esquire
ACLU of Maryland
3600 Clipper Mill Road, #350
Baltimore, MD 21211

Jameel Jaffer, Esquire
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004

John Browning, Esquire
Proskauer Rose LLP
11 Times Square
New York, NY 10036

Patrick Toomey, Esquire
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004

Deborah A. Jeon, Esquire
American Civil Liberties Union of
   Maryland Foundation
3600 Clipper Mill Road, Suite 350
Baltimore, MD 21211

James Jordan Gilligan, Esquire
US Department of Justice
20 Massachusetts Avenue NW
Room 6102
Washington, DC 20001

Julia Alexandra Berman, Esquire
US Department of Justice
20 Massachusetts Avenue NW
Room 6102
Washington, DC 20001

Rodney Patton, Esquire
US Department of Justice
20 Massachusetts Avenue NW
Room 6102
Washington, DC 20001

Jeffrey Landis, Esquire
ZwellGen PLLC
1900 M Street, NW
Suite 250
Washington, DC 20036

Jennifer Stisa Granick, Esquire
Standford Center for Internet and Society
559 Nathan Abbot Way
Stanford, CA 94305

Emily Lange Levenson, Esquire
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street
Suite 1700
Baltimore, MD 21202

Joshua R. Treem, Esquire
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street
Suite 1700
Baltimore, MD 21202

Andrew Crocker, Esquire
815 Eddy Street
San Francisco, CA 94109

                          Respectfully submitted,

By: /s/ Jan I. Berlage
     Jan I. Berlage
     GOHN HANKEY STICHEL & BERLAGE LLP
     201 N. Charles Street, Suite 2101
     Baltimore, MD 21201
     410-752-9300
     410-752-2519 (fax)
     jberlage@ghsllp.com

     Andrew Crocker (*pro hac vice* pending)
     Mark Rumold
     David Greene
     ELECTRONIC FRONTIER FOUNDATION
     815 Eddy Street
     San Francisco, CA 94109

     *Counsel for Amici Curiae*