IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WIKIMEDIA FOUNDATION, *et. al.*, ) | |
|     **Plaintiffs**, ) | |
| ) | |
|     v. ) | Case No. 1:15-cv-662 |
| ) | |
| NATIONAL SECURITY AGENCY, *et al.* ) | |
|     **Defendant.** ) | |

## ORDER

The matter came before the Court on defendants' Motion to Dismiss for lack of jurisdiction under Rule 12(b)(1), Fed. R. Civ. P.

For good cause,

It is hereby **ORDERED** that the Motion is **TAKEN UNDER ADVISMENT**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
September 25, 2015

/s/
T. S. Ellis, III
United States District Judge