IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WIKIMEDIA FOUNDATION, *et al.*, )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>NATIONAL SECURITY AGENCY / )<br>CENTRAL SECURITY SERVICE, *et al.*, )<br>    Defendants. ) | Case No. 1:15-cv-662 |

## ORDER

This matter came before the Court on defendants' Motion to Dismiss for lack of jurisdiction pursuant to Rule 12(b)(1), Fed. R. Civ. P (Doc. 77). The matter was fully briefed and argued.

For good cause, and for the reasons stated in the Memorandum Opinion,

It is hereby **ORDERED** that defendants' Motion to Dismiss is **GRANTED**.

The Clerk is directed to send a copy of this Order to all counsel of records and to place this matter among the ended causes.

Alexandria, Virginia
October 23, 2015

/s/
_____
T. S. Ellis, III
United States District Judge