UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WIKIMEDIA FOUNDATION, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>    *Defendants*. | Hon. T.S. Ellis, III<br><br>Civil Action No.<br>15-cv-00662-TSE |

### NOTICE OF APPEAL

All Plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the Fourth Circuit from the final order entered in this action on the 23rd day of October, 2015, granting Defendants' motion to dismiss for lack of jurisdiction.


_____*/s/*_____
Deborah A. Jeon (Bar No. 06905)
David R. Rocah (Bar No. 27315)
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF MARYLAND
3600 Clipper Mill Rd., #350
Baltimore, MD 21211
Phone: (410) 889-8555
Fax: (410) 366-7838
jeon@aclu-md.org

_____*/s/*_____
Patrick Toomey (pro hac vice)
  (*signed by Patrick Toomey with permission
  of Deborah A. Jeon*)
Jameel Jaffer (pro hac vice)
Alex Abdo (pro hac vice)
Ashley Gorski (pro hac vice)
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
ptoomey@aclu.org

                                      Charles S. Sims (pro hac vice)
                                      David A. Munkittrick (pro hac vice)
                                      PROSKAUER ROSE LLP
                                      Eleven Times Square
                                      New York, NY 10036
                                      Phone: (212) 969-3000
                                      Fax: (212) 969-2900
                                      csims@proskauer.com

Dated: December 15, 2015                *Counsel for Plaintiffs*