FILED: December 18, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2560
(1:15-cv-00662-TSE)

_____

WIKIMEDIA FOUNDATION; NATIONAL ASSOCIATION OF CRIMINAL DEFENSE ATTORNEYS; HUMAN RIGHTS WATCH; PEN AMERICAN CENTER; GLOBAL FUND FOR WOMEN; THE NATION MAGAZINE; THE RUTHERFORD INSTITUTE; WASHINGTON OFFICE ON LATIN AMERICA; AMNESTY INTERNATIONAL USA

   Plaintiffs - Appellants

v.

NATIONAL SECURITY AGENCY/ CENTRAL SECURITY SERVICE; ADMIRAL MICHAEL S. ROGERS, in his official capacity as Director of the National Security Agency and Chief of the Central Security Service; OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE; JAMES R. CLAPPER, JR., in his official capacity as Director of National Intelligence; DEPARTMENT OF JUSTICE; LORETTA E. LYNCH, in her official capacity as Attorney General of the United States

   Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:15-cv-00662-TSE |

| | |
|---|---|
| Date notice of appeal filed in originating court: | 12/15/2015 |
| Appellant(s) | Wikimedia Foundation, National Association of Criminal Defense Attorneys, Human Rights Watch, Pen American Center, Global Fund for Women, The Nation Magazine, The Rutherford Institute, Washington Office on Latin America, Amnesty International USA |
| Appellate Case Number | 15-2560 |
| Case Manager | RJ Warren<br>804-916-2702 |