IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Wikimedia Foundation, et al.,  *

**Plaintiff,**

  *

**v.**  Case No. 1:15-cv-00662-TSE

  *

National Security Agency, et al.,

**Defendant.**  *

## MOTION FOR ADMISSION PRO HAC VICE

I, David Rocah, am a member in good standing of the bar of this Court. I am moving the admission of Jonathan Hafetz to appear pro hac vice in this case as counsel for Wikimedia Foundation, et al.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New York State (Jan. 2000) | US Supreme Court (Feb. 23, 2004) |
|  | US Court of Appeals for the DC Circuit (Dec. 20, 2004) |
|  | US Court of Appeals for the First Circuit (May 2, 2001) |
|  | See attached PDF for full list of federal court admissions. |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court ____0____ times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or [n/a] _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ David Rocah | /s/ Jonathan Hafetz (signed by David Rocah with permission of Jonathan Hafetz) |
| Signature | Signature |
| David Rocah, Bar No. 27315 | Jonathan Hafetz, Bar No. 3004884 |
| Printed name and bar number | Printed name and bar number |
| American Civil Liberties Union Foundation of Maryland | American Civil Liberties Union Foundation |
| Office name | Office name |
| 3600 Clipper Mill Rd., #350, Baltimore, MD 21211 | 125 Broad Street, 18th Floor, New York, NY 10004 |
| Address | Address |
| rocah@aclu-md.org | jhafetz@aclu.org |
| Email Address | Email Address |
| (410) 889-8555 | (212) 284-7319 |
| Telephone number | Telephone number |
| (410) 366-7838 | (212) 549-2517 |
| Fax Number | Fax Number |

Jonathan Hafetz, U.S. Court Admissions (continued)

US Court of Appeals for the Second Circuit (Nov. 25, 2003)
US Court of Appeals for the Third Circuit (Dec. 9, 2004)
US Court of Appeals for the Fourth Circuit (Dec. 16, 2006)
US Court of Appeals for the Ninth Circuit (Mar. 20, 2017)
US District Court, SDNY (Dec. 12, 2001)
US District Court, EDNY (Jan 11, 2002)
US District Court for Central District Illinois (Apr. 30, 2009)