IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WIKIMEDIA FOUNDATION, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Case No. 1:15-cv-662 |
| | ) | |
| NATIONAL SECURITY AGENCY/ | ) | |
| CENTRAL SECURITY SERVICE, *et* | ) | |
| *al.*, | ) | |
|     Defendants. | ) | |

## ORDER

This matter is before the Court on the parties' Joint Motion to Continue Discovery Deadline Pending Submission of Proposed Schedule. (Doc. 122). On September 25, 2017, an Order issued concluding that a period of initial jurisdictional discovery was appropriate in this case and directing the parties to submit a Joint Discovery Plan. *See Wikimedia Found. v. Nat'l Sec. Agency, et al.*, No. 1:15-cv-662 (D. Md. Sept. 25, 2017) (Order). The parties subsequently submitted a Joint Discovery Plan, seeking approximately seven months' time in which to conduct this initial discovery. On October 3, 2017, an Order issued granting the parties five months' time for jurisdictional discovery commencing on October 17, 2017. *See Wikimedia Found. v. Nat'l Sec. Agency, et al.*, No. 1:15-cv-662 (D. Md. Oct. 3, 2017) (Order). The October 3 Order further provided that "[i]f, at the end of five months of discovery, the parties can show that they have made good use of the discovery period and still need additional time, the Court will consider extending the discovery period." *Id.*

On March 12, 2018, five days before the expiration of the initial five month discovery period, the parties submitted the Motion for Relief at issue here. Specifically, the parties represented that they have been diligently exchanging information, but that additional time is

necessary to complete jurisdictional discovery. The parties requested that the discovery deadline be continued pending the parties' submission of a joint proposal for ongoing discovery. It is unnecessary at this time for the parties to provide a proposal for completing remaining discovery to the Court; rather, the parties should simply focus on completing any remaining discovery as expeditiously as possible.

Accordingly, and for good cause,

It is hereby **ORDERED** that the parties' Joint Motion Continue Discovery Deadline Pending Submission of Proposed Schedule (Doc. 122) is **DENIED**.

It is further **ORDERED** that the parties will receive one additional month of discovery to commence on March 17, 2018. No further extension of this initial discovery period will be granted absent truly exceptional circumstances.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
March 15, 2018

/s/
T. S. Ellis, III
United States District Judge