IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WIKIMEDIA FOUNDATION, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 1:15-cv-662** |
| | ) | |
| NATIONAL SECURITY AGENCY/ | ) | |
| CENTRAL SECURITY SERVICE, *et al.*, | ) | |
|     Defendants. | ) | |

## ORDER

This matter comes before the Court pursuant to the parties' Joint Motion to Set Briefing Schedule for Motions to Compel (Doc. 124). The parties met the first proposed deadline in the Joint Motion when both parties filed Motions to Compel on March 26, 2018.

Accordingly, and for good cause,

It is hereby **ORDERED** that the parties' oppositions to the Motions to Compel must be filed by **Friday, April 27, 2018.** The parties' replies in support of their Motions to Compel must be filed by **Friday, May 18, 2018.**

It is further **ORDERED** that a hearing on the Motions to Compel will be **SCHEDULED** for **Friday, June 1, 2018 at 10:00 a.m**. Given that counsel are not local, the Court would be amenable to holding the hearing telephonically. The parties should inform the Court whether they wish to hold the hearing telephonically by **Friday, May 18, 2018.**

It is further **ORDERED** that the parties are relieved of the requirements of District of Maryland Local Rule 104 with regard to these Motions to Compel.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
April 6, 2018

/s/
_____
T. S. Ellis, III
United States District Judge