**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| WIKIMEDIA FOUNDATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:15-cv-00662-TSE |
| ) | |
| NATIONAL SECURITY AGENCY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

  Defendants National Security Agency ("NSA"); Admiral Michael S. Rogers, in his official capacity as Director of the NSA; the Honorable Daniel Coats, in his official capacity as Director of National Intelligence ("DNI"); the Office of the DNI; the United States Department of Justice; and Jefferson B. Sessions III, in his official capacity as Attorney General of the United States, hereby give notice that they lodged the Classified Declaration of George C. Barnes, Deputy Director of the NSA, with the Court Information Security Officer on April 27, 2018, for the Court's *in camera*, *ex parte* review.

Dated: April 27, 2018

CHAD A. READLER
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

JAMES J. GILLIGAN
Special Litigation Counsel

*/s/ Rodney Patton*
RODNEY PATTON
Senior Trial Counsel

JULIA A. BERMAN
TIMOTHY A. JOHNSON
OLIVIA HUSSEY-SCOTT
Trial Attorneys

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7320
Washington, D.C.  20001
Phone:  (202) 305-7919
Fax:  (202) 616-8470
Email:  rodney.patton@usdoj.gov

*Counsel for Defendants*