IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WIKIMEDIA FOUNDATION, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Case No. 1:15-cv-662 |
| | ) | |
| NATIONAL SECURITY AGENCY/ | ) | |
| CENTRAL SECURITY SERVICE, *et al.*, | ) | |
|     Defendants. | ) | |

## ORDER

Due to the Court's crowded trial schedule, it is necessary to reschedule the upcoming hearing on plaintiff's Motion to Compel (Doc. 126).

Accordingly, and for good cause,

It is hereby **ORDERED** that the hearing currently scheduled for **Friday, June 1, 2018 at 10:00 a.m.** is CONTINUED until **Friday, June 29, 2018 at 10:00 a.m.**

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
May 29, 2018

/s/
T. S. Ellis, III
United States District Judge