IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WIKIMEDIA FOUNDATION,  ) | |
|     Plaintiff,  ) | |
| ) | |
| v.  ) | Case No. 1:15-cv-662 |
| ) | |
| NATIONAL SECURITY AGENCY/  ) | |
| CENTRAL SECURITY SERVICE, *et*  ) | |
| *al.*,  ) | |
|     Defendants.  ) | |

## ORDER

By Memorandum Opinion dated August 20, 2018, the government's assertion of the state secrets privilege was upheld. Therefore, it is appropriate to hold a status conference to chart the further course of this case.

Accordingly, for good cause, it is **ORDERED** that a status conference for this matter is scheduled for September 21, 2018.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
August 31, 2018

_____
T. S. Ellis, III
United States District Judge