IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WIKIMEDIA FOUNDATION, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Case No. 1:15-cv-662 |
| | ) | |
| NATIONAL SECURITY AGENCY/ | ) | |
| CENTRAL SECURITY SERVICE, *et* | ) | |
| *al.*, | ) | |
|     Defendants. | ) | |

## ORDER

For good cause,

It is hereby **ORDERED** that plaintiff's Motion to Set a Summary Judgment Briefing Schedule (Doc. 154) and defendants' Motion to Set a Summary Judgment Briefing Schedule (Doc. 155) are **GRANTED IN PART** and **DENIED IN PART**. Specifically, a summary judgment briefing schedule is now set, although neither of the parties' proposed schedules are adopted in full. Rather, the following briefing and oral argument schedule is to be followed:

| Event | Deadline/Date | Page Limit |
|---|---|---|
| Defendants' Motion | November 9, 2018 | Thirty (30) pages |
| Plaintiff's Opposition | December 14, 2019 | Thirty (30) pages |
| Defendants' Reply | January 18, 2019 | Thirty (30) pages |
| Plaintiff's Surreply | February 1, 2019 | Ten (10) pages |
| Defendants' Surreply | February 15, 2019 | Ten (10) pages |
| Oral Argument | March 1, 2019 | |

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
September 21, 2018

                                                T. S. Ellis, III
                                                United States District Judge