IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WIKIMEDIA FOUNDATION, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:15-cv-662 |
| ) | |
| NATIONAL SECURITY AGENCY/ ) | |
| CENTRAL SECURITY SERVICE, *et* ) | |
| *al.*, ) | |
|     Defendants. ) | |

## ORDER

By Order dated September 21, 2018, a briefing and oral argument schedule was set in this matter. That Order omitted the time for oral argument on March 1, 2019 and mistakenly listed the December 14, 2018 deadline for the Plaintiff's Opposition as December 14, 2019.

Accordingly, and for good cause,

It is hereby **ORDERED** that the parties adhere to the following briefing and oral argument schedule:

| Event | Deadline/Date | Page Limit |
|---|---|---|
| Defendants' Motion | November 9, 2018 | Thirty (30) pages |
| Plaintiff's Opposition | December 14, 2018 | Thirty (30) pages |
| Defendants' Reply | January 18, 2019 | Thirty (30) pages |
| Plaintiff's Surreply | February 1, 2019 | Ten (10) pages |
| Defendants' Surreply | February 15, 2019 | Ten (10) pages |
| Oral Argument | March 1, 2019 at 10:00 A.M. | |

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
September 25, 2018

/s/
T. S. Ellis, III
United States District Judge