IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WIKIMEDIA FOUNDATION,  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>NATIONAL SECURITY AGENCY/  )<br>CENTRAL SECURITY SERVICE, *et*  )<br>*al.*,  )<br>    Defendants.  ) | Case No. 1:15-cv-662 |

## ORDER

This matter is before the Court on defendants' motion to seal their summary judgment motion and on defendants' motion to file an updated public version of their summary judgment motion. Defendants originally filed their summary judgment motion under seal because it included information produced by plaintiff during discovery that defendants believed was plaintiff's confidential business information. Plaintiff has since clarified that there is no need to seal defendants' motion for summary judgment or the exhibits thereto. As such, the restrictive markings designating the originally filed motion for summary judgment and accompanying exhibits as protected and confidential are inaccurate. It is thus appropriate to maintain the seal on the originally filed motion for summary judgment and accompanying exhibits, as the documents contain inaccurate restrictive markings such as as "highly protected—attorneys' eyes only." It is further appropriate to grant defendants leave to file an updated motion for summary judgment and accompanying exhibits that do not include these inaccurate restrictive markings.

Defendants also request leave to exclude the final seven pages of Exhibit 3 in their new filing. This request should be accommodated because the pages were included in defendants' original filing in error.

Accordingly, and for good cause,

It is hereby **ORDERED** that defendants' motion to seal defendants' summary judgment motion (Doc. 163) is **GRANTED**.

It is further **ORDERED** that defendants' motion for leave to file an updated public version of defendants' sealed motion for summary judgment (Doc. 164) is **GRANTED**.

The Clerk of Court is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
December 11, 2018

/s/
T. S. Ellis, III
United States District Judge