IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WIKIMEDIA FOUNDATION,<br><br>*Plaintiff,*<br><br>v.<br><br>NATIONAL SECURITY AGENCY /<br>CENTRAL SECURITY SERVICE, *et al.*,<br><br>*Defendants.* | Hon. T. S. Ellis, III<br><br>Civil Action No.<br>15-cv-00662-TSE |

## ORDER

Upon consideration of Plaintiff's Out-of-Time Motion for an Extension of Time to File Its Opposition to Defendants' Motion for Summary Judgment, it is hereby:

**ORDERED** that Plaintiff's motion is GRANTED.

Dated: Dec. 19, 2018

/s/
_____
T. S. Ellis, III
United States District Judge