IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WIKIMEDIA FOUNDATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL SECURITY AGENCY, et al., )<br>)<br>Defendants. )<br>) | Civil Action No.<br>1:15-cv-00662-TSE |

### ORDER

The Court having considered the Defendants' Out-of-Time Motion for Extension of One Business Day to Submit Defendants' Summary Judgment Motion,

IT IS HEREBY ORDERED THAT the Defendants' motion is GRANTED.

So ORDERED this __19th__ day of __Dec.__, 2018.

/s/
_____
T. S. Ellis, III
United States District Judge