IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WIKIMEDIA FOUNDATION, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:15-cv-662 |
| | ) | |
| NATIONAL SECURITY AGENCY, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## ORDER

This matter is before the Court on defendants' motion for a stay of proceedings. The appropriations act funding the Department of Justice expired on December 21, 2018. Defendants have represented that, absent an appropriation, half of the attorneys assigned to this case are prohibited from working. Defendants accordingly request, and plaintiff does not oppose, a stay of the proceedings for the duration of the lapse in appropriations. This requested stay is appropriate because the lapse in appropriations seriously impairs the Department of Justice's ability to defend this case.

Defendants further request that, when Congress appropriates new funds for the Department of Justice, all deadlines in the briefing and oral argument schedule (Doc. 158) be extended commensurate with the duration of the lapse in appropriations. Plaintiff argues that such an extension may unfairly advantage defendants. This argument is unpersuasive. Following the passage of a new appropriations act, a new briefing and oral argument schedule will issue that preserves the pacing of the current schedule.

Accordingly, and for good cause,

It is hereby **ORDERED** that defendant's motion for stay of proceedings (Doc. 171) is **GRANTED**.

It is further **ORDERED** that the September 25, 2018 order establishing a briefing and oral argument schedule in this case (Doc. 158) is **VACATED**.

A revised schedule for filing the remaining briefs and for oral argument will issue promptly at the end of the government shutdown.

The Clerk of Court is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
January 2, 2019

/s/
T. S. Ellis, III
United States District Judge