IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WIKIMEDIA FOUNDATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:15-cv-0662 (TSE) |
| NATIONAL SECURITY AGENCY, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**NOTICE TO THE COURT OF RESTORATION OF APPROPRIATIONS**

On January 2, 2019, this Court granted Defendants' motion for a stay of all proceedings in the above-captioned case commensurate with the duration of the lapse of appropriations for the Department of Justice. As of January 25, 2019, after a 35-day lapse, funding was restored for the Department of Justice through February 15, 2019, and the Department has now resumed its usual civil litigation functions. Defendants request the opportunity to meet and confer with Plaintiff's counsel for the purpose of promptly submitting to the Court a proposed briefing schedule that takes into account the duration of the lapse in appropriations.

Dated:  January 28, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

JAMES J. GILLIGAN
Special Litigation Counsel

RODNEY PATTON
Senior Trial Counsel

1

JULIA A. BERMAN
Senior Counsel

/s/ *Olivia Hussey Scott*
OLIVIA HUSSEY SCOTT
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 11112
Washington, D.C. 20005
Phone: (202) 616-8491
Fax: (202) 616-8470
Email:  olivia.hussey.scott@usdoj.gov

*Counsel for Defendants*