IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WIKIMEDIA FOUNDATION, )<br>　　Plaintiff, )<br> )<br>　　v. )<br> )<br>NATIONAL SECURITY AGENCY/ )<br>CENTRAL SECURITY SERVICE, *et* )<br>*al.*, )<br>　　Defendants. ) | Case No. 1:15-cv-662 |

## ORDER

This matter was stayed for the duration of the lapse in appropriations to the Department of Justice. As of January 25, 2019, funding was restored for the Department of Justice through February 15, 2019. It is thus appropriate to lift the stay. Defendants have requested the opportunity to meet and confer with the plaintiff's counsel for the purpose of promptly submitting to the Court a proposed briefing schedule that takes into account the duration of the lapse in appropriations. This request will be granted.

Accordingly,

It is hereby **ORDERED** that the stay is **LIFTED**.

It is further **ORDERED** that the parties are to meet and confer to discuss a proposed briefing schedule that takes into account the duration of the lapse in appropriations.

The Clerk of Court is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
January 31, 2019

/s/
T. S. Ellis, III
United States District Judge