IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WIKIMEDIA FOUNDATION,

*Plaintiff,*

v.

NATIONAL SECURITY AGENCY /
CENTRAL SECURITY SERVICE, *et al.*,

*Defendants.*

Hon. T.S. Ellis, III

Civil Action No.
15-cv-00662-TSE

## ORDER

Upon consideration of the parties' Joint Motion to Set a Revised Schedule, it is hereby ORDERED that the following schedule is adopted for the parties' remaining briefs and oral argument:

1. Defendants' reply shall be filed by Friday, February 15, 2019.
2. Plaintiff's surreply shall be filed by Friday, March 8, 2019.
3. Defendants' surreply shall be filed by Friday, March 22, 2019.
4. Oral argument will take place on Friday, April 5, 2019.

SO ORDERED.

Dated: 2/1/19

/s/
T. S. Ellis, III
United States District Judge