IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| WIKIMEDIA FOUNDATION, ) | |
| Plaintiff, ) | |
| v. ) | No. 1:15-cv-0662 (TSE) |
| NATIONAL SECURITY AGENCY, *et al.*, ) | |
| Defendants. ) | |

Exhibit List

Pursuant to Local Rule 105(5), Defendants hereby identify that the following exhibits attached to Defendants' concurrently filed sur-reply in support of their motion for summary judgment:

| Exhibit No.[1] | Exhibit Name |
|---|---|
| 16 | Third Declaration of Dr. Henning Schulzrinne |
| 17 | Second Declaration of Dr. Alan Salzberg |

Dated:  March 22, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director

*/s/ James J. Gilligan*
JAMES J. GILLIGAN
Special Litigation Counsel

---

[1] Defendants' Exhibits 1-5 were filed together with the Brief in Support of Defendants' Motion for Summary Judgment, ECF No. 161 (public versions available at ECF No. 166). Defendants' Exhibits 6-15 were filed together with the Reply in Support of Defendants' Motion for Summary Judgment, ECF No. 178.

1

RODNEY PATTON
Senior Trial Counsel

JULIA A. BERMAN
Senior Counsel

OLIVIA HUSSEY SCOTT
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 11200
Washington, D.C. 20005
Phone: (202) 514-3358
Fax: (202) 616-8470
Email:  james.gilligan@usdoj.gov

*Counsel for Defendants*