IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WIKIMEDIA FOUNDATION, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Case No. 1:15-cv-662 |
| | ) | |
| NATIONAL SECURITY AGENCY/ | ) | |
| CENTRAL SECURITY SERVICE, et al., | ) | |
|     Defendants. | ) | |

## ORDER

For good cause, and to accommodate the Court's substantial trial and motions docket and to allow the parties sufficient time to argue significant legal issues,

It is hereby ORDERED that oral argument on defendants' motion for summary judgment (Doc. 161) is RESCHEDULED to Thursday, May 30, 2019 at 2:00 P.M.

The Clerk of Court is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
April 3, 2019

/s/
T. S. Ellis, III
United States District Judge