IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WIKIMEDIA FOUNDATION | ) | |
| Plaintiff. | ) ) ) ) | |
| v. | ) ) | 1:15-cv-00662-TSE |
| NATIONAL SECURITY AGENCY/ CENTRAL SECURITY SERVICE, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

## **JUDGMENT**

Pursuant to the order of this Court entered on December 13, 2019, and in accordance with Federal Rule of Civil Procedure 58, JUDGMENT is hereby entered in favor of defendants and against the plaintiff.


December 16, 2019                                       FELICIA C. CANNON
Date                                                                   Clerk

                                                                              /s/
                                                                   Tanya Randall
                                                                   Deputy Clerk