FILED: February 21, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1191
(1:15-cv-00662-TSE)
_____

WIKIMEDIA FOUNDATION

      Plaintiff – Appellant

and

NATIONAL ASSOCIATION OF CRIMINAL DEFENSE ATTORNEYS; HUMAN RIGHTS WATCH; PEN AMERICAN CENTER; GLOBAL FUND FOR WOMEN; THE NATION MAGAZINE; THE RUTHERFORD INSTITUTE; WASHINGTON OFFICE ON LATIN AMERICA; AMNESTY INTERNATIONAL USA

      Plaintiffs

v.

NATIONAL SECURITY AGENCY/ CENTRAL SECURITY SERVICE; GENERAL PAUL M. NAKASONE, in his official capacity as Director of the National Security Agency and Chief of the Central Security Service; OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE; RICHARD GRENELL, in his official capacity as acting Director of National Intelligence; WILLIAM P. BARR, Attorney General; DEPARTMENT OF JUSTICE

      Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:15-cv-00662-TSE |
| Date notice of appeal filed in originating court: | 02/14/2020 |
| Appellant(s) | Wikimedia Foundation |
| Appellate Case Number | 20-1191 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |