FILED: February 5, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1191
(1:15-cv-00662-TSE)

_____

WIKIMEDIA FOUNDATION

   Plaintiff - Appellant

and

NATIONAL ASSOCIATION OF CRIMINAL DEFENSE ATTORNEYS; HUMAN RIGHTS WATCH; PEN AMERICAN CENTER; GLOBAL FUND FOR WOMEN; THE NATION MAGAZINE; THE RUTHERFORD INSTITUTE; WASHINGTON OFFICE ON LATIN AMERICA; AMNESTY INTERNATIONAL USA

   Plaintiffs

v.

NATIONAL SECURITY AGENCY/ CENTRAL SECURITY SERVICE; GENERAL PAUL M. NAKASONE, in his official capacity as Director of the National Security Agency and Chief of the Central Security Service; OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE; RICHARD GRENELL, in his official capacity as acting Director of National Intelligence; ROBERT M. WILKINSON, Acting Attorney General; DEPARTMENT OF JUSTICE

   Defendants - Appellees

------------------------------

CENTER FOR DEMOCRACY & TECHNOLOGY; NEW AMERICA'S OPEN TECHNOLOGY INSTITUTE; DAVID H. KAYE, Evidence Law Professor; EDWARD J. IMWINKELRIED, Evidence Law Professor; D. MICHAEL

RISINGER, Evidence Law Professor; REBECCA WEXLER, Evidence Law Professor; PROFESSOR STEPHEN I. VLADECK; AMERICANS FOR PROSPERITY FOUNDATION; BRENNAN CENTER FOR JUSTICE; ELECTRONIC FRONTIER FOUNDATION; ELECTRONIC PRIVACY INFORMATION CENTER; FREEDOMWORKS FOUNDATION; TECHFREEDOM; NETWORK ENGINEERS AND TECHNOLOGISTS

        Amici Supporting Appellantt

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on appeal.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk