FILED: November 1, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1191
(1:15-cv-00662-TSE)

_____

WIKIMEDIA FOUNDATION

       Plaintiff - Appellant

and

NATIONAL ASSOCIATION OF CRIMINAL DEFENSE ATTORNEYS;
HUMAN RIGHTS WATCH; PEN AMERICAN CENTER; GLOBAL FUND
FOR WOMEN; THE NATION MAGAZINE; THE RUTHERFORD
INSTITUTE; WASHINGTON OFFICE ON LATIN AMERICA; AMNESTY
INTERNATIONAL USA

       Plaintiffs

v.

NATIONAL SECURITY AGENCY/ CENTRAL SECURITY SERVICE;
GENERAL PAUL M. NAKASONE, in his official capacity as Director of the
National Security Agency and Chief of the Central Security Service; OFFICE OF
THE DIRECTOR OF NATIONAL INTELLIGENCE; RICHARD GRENELL, in
his official capacity as acting Director of National Intelligence; MERRICK B.
GARLAND, Attorney General; DEPARTMENT OF JUSTICE

       Defendants - Appellees

------------------------------

CENTER FOR DEMOCRACY & TECHNOLOGY; NEW AMERICA'S OPEN
TECHNOLOGY INSTITUTE; DAVID H. KAYE, Evidence Law Professor;

EDWARD J. IMWINKELRIED, Evidence Law Professor; D. MICHAEL
RISINGER, Evidence Law Professor; REBECCA WEXLER, Evidence Law
Professor; PROFESSOR STEPHEN I. VLADECK; AMERICANS FOR
PROSPERITY FOUNDATION; BRENNAN CENTER FOR JUSTICE;
ELECTRONIC FRONTIER FOUNDATION; ELECTRONIC PRIVACY
INFORMATION CENTER; FREEDOMWORKS FOUNDATION;
TECHFREEDOM; NETWORK ENGINEERS AND TECHNOLOGISTS

          Amici Supporting Appellant

_____

          TEMPORARY STAY OF MANDATE

_____

     Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or

rehearing en banc stays the mandate until the court has ruled on the petition. In

accordance with Rule 41(b), the mandate is stayed pending further order of this

court.


                                             */s/Patricia S. Connor, Clerk*