FILED: December 14, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1191
(1:15-cv-00662-TSE)

_____

WIKIMEDIA FOUNDATION

         Plaintiff - Appellant

and

NATIONAL ASSOCIATION OF CRIMINAL DEFENSE ATTORNEYS; HUMAN RIGHTS WATCH; PEN AMERICAN CENTER; GLOBAL FUND FOR WOMEN; THE NATION MAGAZINE; THE RUTHERFORD INSTITUTE; WASHINGTON OFFICE ON LATIN AMERICA; AMNESTY INTERNATIONAL USA

         Plaintiffs

v.

NATIONAL SECURITY AGENCY/ CENTRAL SECURITY SERVICE; GENERAL PAUL M. NAKASONE, in his official capacity as Director of the National Security Agency and Chief of the Central Security Service; OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE; RICHARD GRENELL, in his official capacity as acting Director of National Intelligence; MERRICK B. GARLAND, Attorney General; DEPARTMENT OF JUSTICE

         Defendants - Appellees

------------------------------

CENTER FOR DEMOCRACY & TECHNOLOGY; NEW AMERICA'S OPEN TECHNOLOGY INSTITUTE; DAVID H. KAYE, Evidence Law Professor; EDWARD J. IMWINKELRIED, Evidence Law Professor; D. MICHAEL RISINGER, Evidence Law Professor; REBECCA WEXLER, Evidence Law Professor; PROFESSOR STEPHEN I. VLADECK; AMERICANS FOR PROSPERITY FOUNDATION; BRENNAN CENTER FOR JUSTICE; ELECTRONIC FRONTIER FOUNDATION; ELECTRONIC PRIVACY INFORMATION CENTER; FREEDOMWORKS FOUNDATION; TECHFREEDOM; NETWORK ENGINEERS AND TECHNOLOGISTS

Amici Supporting Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to appellant's petition for rehearing en banc, the court places the petition in abeyance pending a decision by the United States Supreme Court in *FBI v. Fazaga*, No. 20-828.

Counsel shall immediately notify this court upon issuance of a decision by the Supreme Court.

For the Court

/s/ Patricia S. Connor, Clerk